CHARLES ORTH, PROSECUTOR, v. CITY OF HACKENSACK, RESPONDENT.

Argued May 3, 1933—Decided September 15, 1933.

Before Justices CASE, BODINE and DONGES.

For the prosecutor, *James De Turck.*

For the respondent, *Walter G. Winne.*

PER CURIAM.

This is an application for a writ of *certiorari* to review an item in the 1933 budget of the city of Hackensack. The

prosecutor is a member of the Hackensack Improvement Commission, the governing body of the municipality.

The item under attack is "reserve against uncollected taxes $200,400." The first ground is that this item violates that section of the Budget act which provides that the amount to be raised shall be stated, the appropriations itemized and the several items set forth accurately according to the respective and particular objects, departments or sub-departments for which the respective amounts are to be expended. Reliance is had upon *Mackey* v. *Belvidere,* 101 *N. J. L.* 250; 128 *Atl. Rep.* 859, where the appropriation held invalid was "preservation of life and property $12,150." In that case Mr. Justice Trenchard held that the item in the budget gave the taxpayers no information as to how the money was to be spent and that there was nothing in the return to the writ which clarified it. In the instant case there seems little doubt of the purpose of the item.

Unless the merits of the application are clear, the court ought not exercise the prerogative writ of *certiorari* to throw confusion into the financial affairs of the city. *Hourigan* v. *North Bergen,* 11 *N. J. Mis. R.* 194; 165 *Atl. Rep.* 74. We conclude the rights of the prosecutor are not clear in this case.

The rule to show cause is discharged.